IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO L. QUIROGA, III, | No. C 19-3755 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| GANG AND NARCOTICS TASK FORCE, | |
| Defendant. | |

This is a civil rights case brought pro se by a state prisoner incarcerated at High Desert State Prison in Lassen County. The acts complained of occurred in Kern County, by members of the "Kern County Gang and Narcotics Task Force." Kern and Lassen Counties are located within the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The clerk shall transfer this case forthwith.

**IT IS SO ORDERED.**

Dated: April 30, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE