# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, III., <br><br> Plaintiff, <br><br> v. <br><br> GANG & NARCOTICS TASK FORCES, <br><br> Defendant. | Case No.: 1:20-cv-00627-AWI-SAB (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DIRECTING PLAINTIFF TO PAY THE $400.00 FILING FEE IN FULL WITHIN TWENTY-ONE DAYS <br><br> (Doc. Nos. 4, 12) |

Plaintiff Monica J. Quiroga, III is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 4, 2020, the magistrate judge issued findings and recommendations that plaintiff's *in forma pauperis* application, (Doc. No. 4), be denied.  (Doc. No. 12.)  The findings and recommendations were served on plaintiff and contained notice that objections were due within twenty-one days.  (Doc. No. 12.)  No objections were filed and the time to do so has now expired.[1]

---

[1] On May 18, 2020, the findings and recommendations were returned to the Court as undeliverable.  pro se plaintiff must keep the Court and opposing parties informed of the party's correct current address. Local Rule 182(f). If a party moves to a different address without filing and serving a notice 15 of change of address, documents served at a party's old address of record shall be deemed received even if not actually received. Id.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations (ECF No. 12) to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on May 4, 2020 (ECF No. 12) are adopted in full;
2. Plaintiff's *in forma pauperis* application (ECF No. 4) is denied;
3. Plaintiff is required to pay the $400 filing fee in full within thirty days of this order; and
4. If plaintiff fails to pay the $400 filing fee in full within thirty days of this order, this action will be dismissed without prejudice and without further notice.

IT IS SO ORDERED.

Dated:   June 26, 2020

SENIOR  DISTRICT  JUDGE