1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, III., <br><br> Plaintiff, <br><br> v. <br><br> GANG & NARCOTICS TASK FORCES, <br><br> Defendant. | Case No.: 1:20-cv-00627-AWI-SAB (PC) <br><br> ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY THE $400.00 FILING FEE <br><br> (Doc. No. 13) |

Plaintiff Monico J. Quiroga, III is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May,4 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) be denied because plaintiff had three or more prior strike dismissals and that he be ordered to pay the required $400.00 filing fee to proceed with this action. (Doc. No. 12.) On June 26, 2020, the undersigned adopted those findings and recommendations, denied plaintiff's motion to proceed *in forma pauperis*, and ordered plaintiff to pay the $400 filing fee in full within thirty (30) days. (Doc. No. 13.) Plaintiff was cautioned that his failure to comply with that order and pay the required filing fee within the specified time would result in dismissal of this action. (*Id*. at 2.)

Plaintiff has not paid the required filing fee or requested an extension of time to do so, and the deadline to pay the required filing fee has now passed.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice due to plaintiff's failure to obey a court order and to pay the required filing fee; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 9, 2020

SENIOR DISTRICT JUDGE